```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 04571
   OMAR VELAZQUEZ
   IRENE VELAZQUEZ                             CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY
             Debtor
   SSN XXX-XX-2519      SSN XXX-XX-3271

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 03/15/2007 and was not confirmed.

      The case was dismissed without confirmation 07/19/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                PAID           PAID
-------------------------------------------------------------------------------
WELLS FARGO BANK           CURRENT MORTG         .00              .00            .00
WELLS FARGO BANK           MORTGAGE ARRE      12359.40            .00            .00
COUNTRYWIDE HOME LOANS     NOTICE ONLY       NOT FILED            .00            .00
COUNTRYWIDE HOME LOANS     NOTICE ONLY       NOT FILED            .00            .00
FISHER & SHAPIRO           NOTICE ONLY       NOT FILED            .00            .00
KINGS COURT CONDOMINIUM    MORTGAGE ARRE       3000.00            .00            .00
KINGS COURT CONDOMINIUM    CURRENT MORTG         .00              .00            .00
SBC                        UNSECURED         NOT FILED            .00            .00
AT & T BANKRUPCTY          NOTICE ONLY       NOT FILED            .00            .00
APPLIED CARD BANK          UNSECURED         NOT FILED            .00            .00
ARCHER HEIGHTS CREDIT UN   UNSECURED           944.21             .00            .00
CHASE                      UNSECURED         NOT FILED            .00            .00
CITIBANK USA               UNSECURED         NOT FILED            .00            .00
CITY OF CHICAGO PARKING    UNSECURED           260.00             .00            .00
ARNOLD SCOTT HARRIS        NOTICE ONLY       NOT FILED            .00            .00
CHICAGO DEPT OF REVENUE    NOTICE ONLY       NOT FILED            .00            .00
LINEBARGER GOGGAN BLAIR    NOTICE ONLY       NOT FILED            .00            .00
CREDITORS DISCOUNT & AUD   UNSECURED         NOT FILED            .00            .00
PARKVIEW ORTHOPEDIC GROU   NOTICE ONLY       NOT FILED            .00            .00
MACNEAL HOSPITAL           UNSECURED         NOT FILED            .00            .00
MACNEAL HEALTH NETWORK     NOTICE ONLY       NOT FILED            .00            .00
MACNEAL HOSPITAL           NOTICE ONLY       NOT FILED            .00            .00
GARCIA LIFE PARTNERS       UNSECURED         NOT FILED            .00            .00
GARCIA LIFE PARTNERS       UNSECURED         NOT FILED            .00            .00
GEMB/WALMART               UNSECURED         NOT FILED            .00            .00
HARRIS & HARRIS            UNSECURED         NOT FILED            .00            .00
CHRIST HOSPITAL            NOTICE ONLY       NOT FILED            .00            .00
CHRIST HOSPITAL            NOTICE ONLY       NOT FILED            .00            .00
HARRIS & HARRIS            UNSECURED         NOT FILED            .00            .00
HARRIS & HARRIS            UNSECURED         NOT FILED            .00            .00
HARRIS & HARRIS            UNSECURED         NOT FILED            .00            .00
ILLINOIS COLLECTION SYST   UNSECURED         NOT FILED            .00            .00
ILLINOIS COLLECTION SYST   UNSECURED         NOT FILED            .00            .00
LASALLE NATIONAL           UNSECURED         NOT FILED            .00            .00
AT&T                       UNSECURED         NOT FILED            .00            .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 04571 OMAR VELAZQUEZ & IRENE VELAZQUEZ
```

```
RESURGENCE FINANCIAL LLC  UNSECURED       NOT FILED             .00            .00
RJM AQUISITIONS FUNDING   UNSECURED         225.95              .00            .00
RNB TARGET                NOTICE ONLY    NOT FILED              .00            .00
SALLIE MAE LSCF           NOTICE ONLY    NOT FILED              .00            .00
ROUNDUP FUNDING LLC       UNSECURED        4838.67              .00            .00
HSBC RS                   NOTICE ONLY    NOT FILED              .00            .00
SHERMAN FINANCIAL GROUP   NOTICE ONLY    NOT FILED              .00            .00
ROUNDUP FUNDING LLC       UNSECURED         307.88              .00            .00
JC PENNEY                 NOTICE ONLY    NOT FILED              .00            .00
US CELLULAR               UNSECURED      NOT FILED              .00            .00
US CELLULAR               NOTICE ONLY    NOT FILED              .00            .00
VALENTINE & KEBARTAS INC  NOTICE ONLY    NOT FILED              .00            .00
V UPADHYAYA M D           UNSECURED      NOT FILED              .00            .00
V UPADHYAYA M D           UNSECURED      NOT FILED              .00            .00
V UPADHYAYA M D           UNSECURED      NOT FILED              .00            .00
WASHINGTON MUTUAL         NOTICE ONLY    NOT FILED              .00            .00
WASHINGTON MUTUAL/PROVID  NOTICE ONLY    NOT FILED              .00            .00
WFNNB/ VICTORIA'S SECRET  NOTICE ONLY    NOT FILED              .00            .00
JAMES T GATELY            UNSECURED         456.07              .00            .00
LEDFORD & WU              DEBTOR ATTY     2,036.00                         2,036.00
TOM VAUGHN                TRUSTEE                                            150.89
DEBTOR REFUND             REFUND                                           4,969.37

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  7,156.26

PRIORITY                                                 .00
SECURED                                                  .00
UNSECURED                                                .00
ADMINISTRATIVE                                      2,036.00
TRUSTEE COMPENSATION                                  150.89
DEBTOR REFUND                                       4,969.37
                        ---------------        ---------------
TOTALS                   7,156.26                   7,156.26
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
    Dated: 10/23/07           _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE


                              PAGE   2
         CASE NO. 07 B 04571 OMAR VELAZQUEZ & IRENE VELAZQUEZ